19596. ROWLAND *v.* THE STATE.

LUKE, J. The alleged newly discovered evidence is merely cumulative and impeaching in its character, and, in addition thereto, the witnesses who purport to give the new and additional testimony were accessible and known to Rowland before and at the trial. The court properly overruled the extraordinary motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MAY 14, 1929.

*William B. Kent,* for plaintiff in error.
*W. B. Gibbs, solicitor-general,* contra.